1  Howard A. Sagaser, State Bar No. 72492
   Ian B. Wieland, State Bar No. 285721
2  Amanda Kjar Miller, State Bar No. 298680
   **SAGASER, WATKINS & WIELAND, PC**
3  5260 North Palm Avenue, Suite 400
   Fresno, California 93704
4  Telephone: (559) 421-7000
   Facsimile: (559) 473-1483
5

6  Attorneys for Defendant, Betts Company

7

8                   UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 JOSEPH MAR, individually, and on behalf of          Case No.: _____
   other members of the general public similarly
11 situated;                                            **NOTICE OF REMOVAL BY
                                                        DEFENDANT BETTS COMPANY**
12                    Plaintiffs,
                                                        [Removal from the Superior Court of the State
13 v.                                                   of California, County of Fresno, Case No.
                                                        18CECG03067]
14 BETTS COMPANY, a California corporation;
   and DOES 1 through 100, inclusive,
15                                                      FAC Filed:    May 7, 2019
                      Defendants.                       Trial Date:   None Set
16

17    **TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT**

18 **OF CALIFORNIA AND TO PLAINTIFF:**

19         PLEASE TAKE NOTICE that Defendant, BETTS COMPANY ("Defendant"), by and

20 through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removes

21 this action from the Superior Court of California, County of Fresno, Case No. 18CECG03067, to

22 the United States District Court for the Eastern District of California. Defendant states as follows

23 in support of its removal on the basis of federal question jurisdiction under 28 U.S.C. § 1331:

24                                              I.

25          **PROCEDURAL BACKGROUND AND TIMELINESS OF REMOVAL**

26         1.       On or about August 20, 2018, Plaintiff Joseph Mar ("Plaintiff"), individually, and

27 on behalf of others similarly situated, filed a purported civil Class Action Complaint in the

28 Superior Court of California, County of Fresno, Case No. 18CECG03067, alleging the following

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

_____
                  **NOTICE OF REMOVAL BY DEFENDANT BETTS COMPANY**
015586.00002 - 227729.1

1    causes of action: (1) Violation of California Labor Code §§ 510 and 1198 (Unpaid Overtime); (2)

2    Violation of California Labor Code §§ 226.7 and 512(a) (Unpaid Meal Period Premiums); (3)

3    Violation of California Labor Code § 226.7 (Unpaid Rest Period Premiums); (4) Violation of

4    California Labor Code §§ 1194, 1197, and 1197.1 (Unpaid Minimum Wages); (5) Violation of

5    California Labor Code §§ 201 and 202 (Final Wages Not Timely Paid); (6) Violation of California

6    Labor Code § 204 (Wages Not Timely Paid During Employment); (7) Violation of California

7    Labor Code § 226(a) (Non-Compliant Wage Statements); (8) Violation of California Labor Code

8    § 1174(d) (Failure to Keep Requisite Payroll Records); (9) Violation of California Labor Code §§

9    2800 and 2802 (Unreimbursed Business Expenses); and (10) Violation of California Business &

10   Professions Code §§ 17200, et seq. *See* Declaration of Ian B. Wieland In Support of Notice of

11   Removal ("Wieland Decl.") ¶ 2 and **Exhibit A**, a true and correct copy of Plaintiff's Complaint.

12        2.      On or about April 25, 2019, Plaintiff moved the state court for permission to file a

13   First Amended Complaint, which the state court granted on or about May 1, 2019. *See* Wieland

14   Decl. ¶ 3.

15        3.      On May 7, 2019, Plaintiff filed a First Amended Complaint, which added the

16   following two causes of action under federal law: (11) Violation of Fair Labor Standards Act, 29

17   U.S.C. § 207 (Unpaid Overtime) and (12) Violation of Fair Labor Standards Act, 29 U.S.C. § 206

18   (Unpaid Minimum Wages). *See* Wieland Decl. ¶ 4 and **Exhibit B**, a true and correct copy of

19   Plaintiff's First Amended Complaint. In Plaintiff's First Amended Complaint, Plaintiff alleges that

20   Defendant failed to pay Plaintiff, and other putative class members, overtime pursuant to 29

21   U.S.C. § 207 and minimum wages for all hours worked pursuant to 29 U.S.C. § 206.

22        4.      Defendant was served with the First Amended Complaint on May 7, 2019. *See*

23   Wieland Decl. ¶ 5.

24        5.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed

25   within 30 days after service was completed as to Defendant. 28 U.S.C. 1446(b); Fed. R. Civ. P. §

26   6(a)(1).

27   ///

28   ///

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

2

**NOTICE OF REMOVAL BY DEFENDANT BETTS COMPANY**

## II.

## PLAINTIFF'S FIRST AMENDED COMPLAINT IS PROPERLY REMOVABLE BASED ON FEDERAL QUESTION JURISDICTION

6.      Plaintiff claims that Defendant failed to pay Plaintiff, and putative class members, overtime wages pursuant to 29 U.S.C. § 207 and minimum wages for all hours worked pursuant to 29 U.S.C. § 206, and seeks civil damages and penalties under 29 U.S.C. § 216.

7.      Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff commenced a civil action against Defendant under the laws of the United States (29 U.S.C. §§ 206 and 207).  Thus, this action is properly removable to this Court pursuant to 28 U.S.C §§ 1441(a) and 1446 because it is an action over which the District Courts of the United States have original federal question jurisdiction under 28 U.S.C. § 1331.

## III.

## THE REMOVAL COMPLIES WITH 28 U.S.C. § 1446

8.      This Notice of Removal is properly filed in the United States District Court for the Eastern District of California – Fresno Division pursuant to 28 U.S.C. § 1446(a) because the Superior Court of California, County of Fresno is located in this federal district and division.

9.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant as of the date of this filing are attached as **Exhibit A**, **Exhibit B**, and **Exhibit C** to the Declaration of Ian B. Wieland, filed concurrently herewith. *See* Wieland Decl. ¶¶ 2, 4, 6 and **Exhibits A**, **B**, and **C**.

10.      Pursuant to 28 U.S.C. § 1446(d), promptly upon the filing of this Notice of Removal, Defendant will file a Notice to State Court of Filing Notice of Removal to Federal Court, with a copy of the Notice of Removal, with the Superior Court of California, County of Fresno, and will serve a copy of such filings with Plaintiff. *See* Wieland Decl. ¶ 7 and **Exhibit D**, a true and correct copy the Notice to State Court of Filing Notice of Removal to Federal Court.

///

///

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**NOTICE OF REMOVAL BY DEFENDANT BETTS COMPANY**

015586.00002 - 227729.1

11.     Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever, or that the damages Plaintiffs seek may be properly sought.

## IV.

## CONCLUSION

12.     WHERFORE, for the reasons set forth above, Defendant respectfully removes this action based on federal question jurisdiction. Defendant also requests all other relief, at law or in equity, to which it justly is entitled.

Dated: June 4, 2019                              **SAGASER, WATKINS & WIELAND PC**

By: _____

Howard A. Sagaser
Ian B. Wieland
Attorneys for Defendant,
BETTS COMPANY

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

**NOTICE OF REMOVAL BY DEFENDANT BETTS COMPANY**

015586.00002 - 227729.1