| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MAR, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTS COMPANY, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00786-LJO-BAM<br><br>**ORDER RE STIPULATION TO CONTINUE THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>(Doc. No. 6) |

Pursuant to the parties' stipulation, and good cause appearing, the deadline to file the motion for preliminary approval of the settlement is HEREBY CONTINUED to **December 16, 2019.**

IT IS SO ORDERED.

   Dated: __**November 6, 2019**__            ___/s/ Barbara A. McAuliffe___
                                                                       UNITED STATES MAGISTRATE JUDGE