UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MAR, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BETTS COMPANY, et al.,<br><br>Defendants. | No. 1:19-cv-00786-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT<br><br>(Doc. No. 18) |

On February 15, 2020, Plaintiff Joseph Mar, individually, and on behalf of other members of the general public similarly situated, filed a Motion for Preliminary Approval of Class and Collective Action Settlement. (Doc. No. 13.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (*See* Doc. No. 11.)

On April 20, 2020, the assigned magistrate judge issued findings and recommendations recommending that the Motion for Preliminary Approval of Class and Collective Action Settlement be granted. (Doc. No. 18.) The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days. (*Id.*) On April 24, 2020, Plaintiff filed a notice of non-opposition to the findings and recommendations. (Doc. No. 19.) The time for filing objections has passed and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated April 20, 2020 (Doc. No. 18), are ADOPTED IN FULL;

2. Plaintiff's Motion for Preliminary Approval of Class and Collective Action Settlement (Doc. No. 13) is GRANTED.

IT IS SO ORDERED.

Dated:  **May 20, 2020**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE