Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Amir Nayebdadash (Cal. State Bar No. 232204)
*amir@protectionlawgroup.com*
Heather Davis (Cal. State Bar No. 239372)
*heather@protectionlawgroup.com*
**PROTECTION LAW GROUP, LLP**
136 Main Street, Suite A
El Segundo, California, 90245
Tel: (424) 290-3095 / Fax: (866) 264-7880

*Attorneys for* Plaintiff, the Settlement Class, and FLSA Members

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MAR, individually, and on behalf of other members of the general public similarly situated;<br><br>        Plaintiff,<br><br>vs.<br><br>BETTS COMPANY, a California corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 1:19-cv-00786-NONE-BAM<br><br>Honorable Barbara A. McAuliffe<br>Courtroom 8<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>[Motion for Final Approval of Class Action Settlement; Declaration of Settlement Administrator (Cassandra Cita); and [Proposed] Order and Judgment filed concurrently herewith]<br><br>Date:             October 9, 2020<br>Time:           9:00 a.m.<br>Courtroom:    8<br><br>Complaint Filed:  August 20, 2018<br>FAC Filed:         May 7, 2019<br>Trial Date:        None Set |

**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **October 9, 2020** at **9:00 a.m.**, or as soon as this matter may be heard before the Honorable Barbara A. McAuliffe in Courtroom 8 of the United States District Court for the Eastern District of California, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, Plaintiff Joseph Mar ("Plaintiff"), will and hereby does move, for an order granting final approval of:

1. The proposed class action settlement described herein and as set forth in the parties' Stipulation and Agreement for Settlement of Class and Collective Action ("Settlement," "Agreement," or "Settlement Agreement"), on the grounds that the Settlement is fair, reasonable, and adequate because:

- A Net Settlement Fund of approximately **$547,500**, of which $438,000 (i.e., 80% of the Net Settlement Fund) is allocated to the Class Settlement ("Net Class Settlement") and is available for distribution to the Settlement Class Members who did not submit a timely and valid Request for Exclusion ("Participating Class Members") and $109,500 (i.e., 20% of the Net Settlement Fund) is allocated to the FLSA Settlement ("Net FLSA Settlement") and is available for distribution to FLSA Members who cash, deposit, or otherwise negotiate their FLSA Payment ("Participating FLSA Members");

- **No objections** to the Settlement were submitted to the Settlement Administrator; and

- **No Requests for Exclusion** were submitted to the Settlement Administrator.

2. Payment in the total amount of **$14,500** to the Settlement Administrator, Simpluris, Inc., for the Settlement Administration Costs; and

This motion is based on the concurrently-filed Memorandum of Points and Authorities and the Declaration of Settlement Administrator (Cassandra Cita) in support thereof; as well as the concurrently-filed Motion for Final Approval of Class Counsel Fees and Costs, and

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1

**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Enhancement Payment and Declarations of Class Counsel (Edwin Aiwazian and Heather Davis) and Class Representative (Joseph Mar) in support thereof; the pleadings and other records on file with the Court in this matter; and upon such documentary evidence and oral argument as may be presented at or before the hearing on this motion.

Dated: September 11, 2020  **LAWYERS *for* JUSTICE, PC**

By: /s/ Edwin Aiwazian
Edwin Aiwazian
*Attorneys for* Plaintiff and the Settlement Class