UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MAR, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BETTS COMPANY, et al.,<br><br>Defendants. | No. 1:19-cv-00786-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT<br><br>(Doc. Nos. 21, 25) |

On September 11, 2020, Plaintiff Joseph Mar ("Plaintiff"), individually, and on behalf of other members of the general public similarly situated, filed a Motion for Final Approval of Class and Collective Action Settlement. (Doc. No. 21.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (*See* Doc. No. 11.)

On October 26, 2020, the assigned magistrate judge issued findings and recommendations recommending that the Motion for Final Approval of Class and Collective Action Settlement be granted. (Doc. No. 25.) The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days. (*Id.*) The time for filing objections has passed and no objections have been filed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated October 26, 2020 (Doc. No. 25), are ADOPTED IN FULL;

2. Plaintiff's Motion for Final Approval of Class and Collective Action Settlement (Doc. No. 21) is GRANTED.

3. The terms of the proposed settlement are found to be fair, adequate, and reasonable and comply with Rule 23(e) of the Federal Rules of Civil Procedure and 29 U.S.C. § 201 et seq., of the Fair Labor and Standards Act.

IT IS SO ORDERED.

Dated: **January 28, 2021**

_____
UNITED STATES DISTRICT JUDGE